Fred W. Schwinn (SBN 225575)
CONSUMER LAW CENTER, INC.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100
Facsimile Number: (408) 294-6190
Email Address: fred.schwinn@sjconsumerlaw.com

Attorney for Plaintiff
MESAFNT MEKONNEN

E-FILING

ADR

ORIGINAL FILED

JUL 3 0 2008

Richard W. Wieking
Clerk, U.S. District Court
Northern District of California
San Jose

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

MESAFNT MEKONNEN,

    Plaintiff,

v.

PARAGON WAY, INC., a Texas corporation,

    Defendant.

Case No. C08 03662 RMW RS

COMPLAINT

DEMAND FOR JURY TRIAL

15 Unites States Code § 1692 *et seq.*
California Civil Code § 1788 *et seq.*

Plaintiff, MESAFNT MEKONNEN, based on information and belief and investigation of counsel, except for those allegations which pertain to the named Plaintiff or his attorneys (which are alleged on personal knowledge), hereby makes the following allegations:

### I. INTRODUCTION

1. This is an action for statutory damages, attorney fees and costs brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, *et seq.* (hereinafter "FDCPA") and the Rosenthal Fair Debt Collection Practices Act, California Civil Code § 1788 *et seq.* (hereinafter "RFDCPA") which prohibit debt collectors from engaging in abusive, deceptive and unfair practices.

### II. JURISDICTION

2. Jurisdiction of this Court arises under 15 U.S.C. § 1692k(d), 28 U.S.C. § 1337, and supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. § 1367. Declaratory relief is available pursuant to 28 U.S.C. §§ 2201 and 2202.

-1-
COMPLAINT

3. This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* ("FDCPA").

### III. VENUE

4. Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district. Venue is also proper in this judicial district pursuant to 15 U.S.C. § 1692k(d), in that Defendant transacts business in this judicial district and the violations of the FDCPA complained of occurred in this judicial district.

### IV. INTRADISTRICT ASSIGNMENT

5. This lawsuit should be assigned to the San Jose Division of this Court because a substantial part of the events or omissions which gave rise to this lawsuit occurred in Santa Clara County.

### V. PARTIES

6. Plaintiff, MESAFNT MEKONNEN (hereinafter "Plaintiff"), is a natural person residing in Santa Clara County, California. Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3) and a "debtor" within the meaning of Cal. Civil Code § 1788.2(h).

7. Defendant, PARAGON WAY, INC. (hereinafter "PARAGON"), is a Texas corporation engaged in the business of collecting debts in this state with its principal place of business located at: 2101 West Ben White Boulevard, Suite 103, Austin, Texas 78704-7517. PARAGON may be served as follows: Paragon Way, Inc., c/o Walt A. Collins, Registered Agent, 2101 West Ben White Boulevard, Suite 103, Austin, Texas 78704-7517. The principal business of PARAGON is the collection of debts using the mails and telephone, and PARAGON regularly attempts to collect debts alleged to be due another. PARAGON is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6) and Cal. Civil Code § 1788.2(c).

### VI. FACTUAL ALLEGATIONS

8. On a date or dates unknown to Plaintiff, Plaintiff is alleged to have incurred a financial obligation that was primarily for personal, family or household purposes, namely a consumer credit card issued by Bank of America and bearing the account number XXXX-XXXX-

-2-
COMPLAINT

XXXX-5406 (hereinafter "the alleged debt"). The financial obligation alleged to be owed to Bank of America by Plaintiff is a "debt" as that term is defined by 15 U.S.C. § 1692a(5) and a "consumer debt" as that term is defined by Cal. Civil Code § 1788.2(f).

9. Plaintiff is informed and believes, and thereon alleges that sometime thereafter on a date unknown to Plaintiff, the alleged debt was sold, assigned, or otherwise transferred to Collins Financial Services, Inc.

10. Sometime thereafter, on a date unknown to Plaintiff, the alleged debt was consigned, placed or otherwise transferred to Defendant for collection from Plaintiff.

11. Thereafter, Defendant sent a collection letter (Exhibit "1") to Plaintiff which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

12. A true and accurate copy of the collection letter from Defendant to Plaintiff is attached hereto, marked Exhibit "1," and by this reference is incorporated herein.

13. The collection letter (Exhibit "1") is dated July 1, 2007.

14. The collection letter (Exhibit "1") was Defendant's first written notice addressed to Plaintiff in connection with collecting the debt alleged to be originally owed to Bank of America.

15. On or about July 16, 2007, Plaintiff mailed a letter to Defendant which stated: "please be advised that I dispute this debt and refuse to pay."

16. A true and accurate copy of Plaintiff's letter disputing the alleged debt and refusing to pay the alleged debt is attached hereto, marked Exhibit "2," and by this reference is incorporated herein.

17. Defendant received Plaintiff's letter disputing the alleged debt and refusing to pay the alleged debt (Exhibit "2") on or about July 23, 2007.

18. A true and accurate copy of the Certified Mail Return Receipt evidencing Defendant's receipt of Plaintiff's letter disputing the alleged debt and refusing to pay the alleged debt (Exhibit "2") is attached hereto, marked Exhibit "3," and by this reference is incorporated herein.

19. After receiving Plaintiff's letter notifying Defendant of his refusal to pay the

-3-
COMPLAINT

alleged debt (Exhibit "2"), Defendant continued to communicate with Plaintiff in an attempt to collect the debt alleged to be originally owed to Bank of America.

20. After receiving Plaintiff's letter disputing the alleged debt (Exhibit "2"), Defendant continued its collection efforts without first obtaining and mailing Plaintiff a validation of the debt being collected.

21. Thereafter, Defendant sent a second collection letter (Exhibit "4") to Plaintiff which is a "communication" in an attempt to collect a debt as that term is defined by 15 U.S.C. § 1692a(2).

22. A true and accurate copy of the second collection letter from Defendant to Plaintiff is attached hereto, marked Exhibit "4," and by this reference is incorporated herein.

23. The second collection letter (Exhibit "4") is dated August, 8, 2007.

## VII. CLAIMS

## FAIR DEBT COLLECTION PRACTICES ACT

24. Plaintiff brings the first claim for relief against Defendant under the Federal Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692.

25. Plaintiff repeats, realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

26. Plaintiff is a "consumer" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(3).

27. Defendant, PARAGON, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

28. The financial obligation alleged to be originally owed to Bank of America by Plaintiff is a "debt" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(5).

29. Defendant has violated the FDCPA in the following respects:

    a. Defendant continued to communicate with Plaintiff in an attempt to collect the alleged debt after receiving a written notification that Plaintiff refused to pay the debt being collected, in violation of 15 U.S.C. § 1692c(c); and

b.    Defendant continued its collection efforts against Plaintiff after receiving a written notification within the thirty-day validation period from Plaintiff disputing the debt being collected in its entirety without first obtaining a verification of the debt and mailing a copy of such verification to the Plaintiff, in violation of 15 U.S.C. § 1692g(b).

30.    Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

31.    As a result of Defendant's violations of the FDCPA, Plaintiff is entitled to an award of statutory damages, costs and reasonable attorneys fees, pursuant to 15 U.S.C.§ 1692k.

## ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

32.    Plaintiff brings the second claim for relief against Defendant under the Rosenthal Fair Debt Collection Practices Act ("RFDCPA"), California Civil Code §§ 1788-1788.33.

33.    Plaintiff repeats, realleges and incorporates by reference all preceding paragraphs as though fully set forth herein.

34.    Plaintiff is a "debtor" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(h).

35.    Defendant, PARAGON, is a "debt collector" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(c).

36.    The financial obligation alleged to be originally owed to Bank of America by Plaintiff is a "consumer debt" as that term is defined by the RFDCPA, Cal. Civil Code § 1788.2(f).

37.    Defendant has violated the RFDCPA in the following respects:

a.    Defendant continued to communicate with Plaintiff in an attempt to collect the alleged debt after receiving a written notification that Plaintiff refused to pay the debt being collected, in violation of 15 U.S.C. § 1692c(c), as incorporated by Cal. Civil Code § 1788.17; and

b.    Defendant continued its collection efforts against Plaintiff after receiving a written notification within the thirty-day validation period

from Plaintiff disputing the debt being collected in its entirety without first obtaining a verification of the debt and mailing a copy of such verification to the Plaintiff, in violation of 15 U.S.C. § 1692g(b), as incorporated by Cal. Civil Code § 1788.17.

38. Defendant's acts as described above were done willfully and knowingly with the purpose of coercing Plaintiff to pay the alleged debt, within the meaning of Cal. Civil Code § 1788.30(b).

39. As a result of Defendant's willful and knowing violations of the RFDCPA, Plaintiff is entitled to an award of a statutory penalty in an amount not less than one hundred dollars ($100) nor greater than one thousand dollars ($1,000), pursuant to Cal. Civil Code § 1788.30(b).

40. As a result of Defendant's violations of the RFDCPA, Plaintiff is entitled to an award of statutory damages pursuant to 15 U.S.C.§ 1692k(a)(2)(A), as incorporated by Cal. Civil Code § 1788.17.

41. As a result of Defendant's violations of the RFDCPA, Plaintiff is entitled to an award of his reasonable attorney's fees and costs pursuant to Cal. Civil Code § 1788.30(c) and 15 U.S.C.§ 1692k(a)(3), as incorporated by Cal. Civil Code § 1788.17.

42. Pursuant to Cal. Civil Code § 1788.32, the remedies provided under the RFDCPA are intended to be cumulative and in addition to any other procedures, rights or remedies that Plaintiff may have under any other provision of law.

## VIII. REQUEST FOR RELIEF

Plaintiff requests that this Court:

a. Assume jurisdiction in this proceeding;

b. Declare that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692c(c) and 1692g(b);

c. Declare that Defendant violated the Rosenthal Fair Debt Collection Practices Act, Cal. Civil Code § 1788.17;

d. Award Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A);

e. Award Plaintiff a statutory penalty in an amount not less than $100 nor greater than $1,000 pursuant to Cal. Civil Code § 1788.30(b);

f. Award Plaintiff statutory damages in an amount not exceeding $1,000 pursuant to 15 U.S.C. § 1692k(a)(2)(A), as incorporated by Cal. Civil Code § 1788.17;

g. Award Plaintiff the costs of this action and reasonable attorneys fees pursuant to 15 U.S.C.§ 1692k(a)(3) and Cal. Civil Code §§ 1788.17 and 1788.30(c); and

h. Award Plaintiff such other and further relief as may be just and proper.

CONSUMER LAW CENTER, INC.

By: /s/ Fred W. Schwinn
Fred W. Schwinn, Esq.
Attorney for Plaintiff
MESAFNT MEKONNEN

## CERTIFICATION PURSUANT TO CIVIL L.R. 3-16

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, MESAFNT MEKONNEN, hereby demands a trial by jury of all triable issues of fact in the above-captioned case.

/s/ Fred W. Schwinn
Fred W. Schwinn, Esq.

**Paragon Way, Inc.**
2101 W. Ben White Blvd. #103, Austin, TX 78704
Hours of Operation (CST): Mon.-Th. 7:00 a.m. - 9:00 p.m.,
Fri. 7:00 a.m. - 6:00 p.m., Sat. 8:00 a.m. - 12:00 p.m.
Toll-Free (888) 570-5007, Local (512) 347-1496

PO Box 160758
Austin TX 78716-0758

DATE: July 1, 2007
ORIGINAL CREDITOR: Bank of America

ORIGINAL ACCOUNT #: 4888605000205406
BALANCE: $3,777.38
PRINCIPAL: $3,777.38

MESAFENT MEKONNEN    6497261
55 GLEN EYRIE AVE
SAN JOSE CA 95125-3178

CURRENT CREDITOR: Collins Financial Services, Inc.
DESCRIPTION: CARD
REFERENCE #: 6497261

EXHIBIT 1

## Collection Notice

Dear Mesafent Mekonnen,

Please be advised that the above-referenced current creditor has purchased your account and placed it with Paragon Way, Inc. for collection. The above-stated balance will change after the date of this letter due to interest that will continue to accrue as allowed by state law; however, we are able to offer two easy payment plans to settle your account:

1) One-time payment representing 80% of the current balance. At this time, the total payment amount would be $3,021.90.

2) Three consecutive monthly payments representing 100% of the current balance. At this time, the monthly payment amount would be $1,259.12 for a total payment amount of $3,777.36.

Please select the option that works best for you and indicate it on the coupon below. Mail the coupon along with your payment in the enclosed reply envelope, and retain the top portion of this letter for your records. You may also call us toll-free at (888) 570-5007 and an account representative will discuss your payment options with you. For your convenience, we accept credit/debit cards, electronic checks, bank wires, Western Union, MoneyGram, cashier's checks, money orders, and personal checks.

This company is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose.

Sincerely,
Mike Meirose

Unless you notify this office, within 30 days after receiving this letter, that you dispute the validity of the debt, or any portion thereof, this office will assume the debt is valid. If you notify this office in writing, within 30 days after receiving this letter, that the debt, or any portion thereof, is disputed, this office will obtain verification of the debt or obtain a copy of a judgment against you, if any. A copy of such verification or judgment will be mailed to you. Upon your written request within the thirty-day period after you receive this letter, we will provide you with the name and address of the original creditor, if different from the current creditor.

↓ **Please Detach this Portion and Return It in the Enclosed Reply Envelope Along With Your Payment** ↓

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.
Nonprofit credit counseling services may be available in the area.

BALANCE: $3,777.38
REFERENCE #: 6497261

**Please include Reference # on your payment.**

MESAFENT MEKONNEN    6497261
55 GLEN EYRIE AVE
SAN JOSE CA 95125-3178

Paragon Way Inc.
PO Box 42829
Austin TX 78704-0048

**Please mark the payment option you have selected**

____ My account will be satisfied with a one-time payment representing 80% of the current balance. At this time, the total payment amount would be $3,021.90.

____ My account will be satisfied with three consecutive monthly payments representing 100% of the current balance. At this time, the monthly payment amount would be $1,259.12 for a total payment amount of $3,777.36.

CTI-99

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

## IMPORTANT INFORMATION FROM Paragon Way, Inc.

We recognize our obligation to keep information about you secure and confidential. It's important for you to know that, unlike some other companies, we do not sell or share Customer Information with marketers outside Paragon Way, Inc. and its affiliated companies*. So, there is no need for you to tell us not to do so. You need to know that we carefully manage information to give you better service and more convenience.

This policy covers Customer Information, which means personally identifiable information about a customer or a customer's current or former account owned by Paragon Way, Inc. This policy is provided to you as required by the Federal Financial Privacy Law (15 U.S.C. 6801-6810.)

Paragon Way, Inc. and its affiliate companies do not sell or otherwise share any Customer Information with outside marketers or others. **You don't need to take any action to prevent disclosure.** Keeping your financial information secure is one of our most important responsibilities. We value your trust and handle information about you with care. We limit access to Customer Information to those associates who need to know that information to service your account. Our associates are bound by a code of ethics requiring confidential treatment of Customer Information and are subject to disciplinary action if they fail to follow this code.

We maintain physical, electronic and procedural safeguards to protect Customer Information. We continually assess new technology for protecting information and upgrade our systems when appropriate.

We share information among the affiliates of Paragon Way, Inc. in order to bring you greater convenience and more choices. We strictly limit who receives Customer Information and what type of information is shared. We may also disclose Customer Information to credit bureaus and similar organizations, and otherwise when permitted by law.

Keeping your account information accurate and up to date is very important. If you ever find that your account information is incomplete, inaccurate or not current please let us know and we will promptly update or correct any erroneous information.

Write to:   Paragon Way, Inc.              Phone: (512) 347-1496
            2101 West Ben White Blvd. Ste. 103
            Austin, TX 78704

Paragon Way, Inc. will provide notice of our privacy policy annually, as long as you maintain an ongoing relationship with us. This policy may change from time to time, but you can always review our current privacy policy on the Paragon Way, Inc. web site at www.paragonwayinc.com, or by calling the number above.

*The affiliated companies of Paragon Way, Inc. are: Collins Financial Services USA, Inc. and Collins Financial Services, Inc.

Paying by check authorizes Paragon Way, Inc. to send the information from your check electronically to your bank for payment and constitutes acceptance of these terms and conditions contained within this paragraph. Your account will be debited in the amount of your check and the transaction will appear on your bank statement. Your original check if processed electronically may be debited the same day we receive the check. Any re-submissions due to insufficient funds may also occur electronically. Your original check will be destroyed once processed, and you will not receive your cancelled check back from your bank. If we cannot post the transaction electronically, you authorize us to present an image copy of your check for payment. If someone other than you or a bill paying service sends a check to us on your behalf, you must give them a copy of this notice to them before the payment is sent to us. Please note that all checking transactions will remain secure. If you have further questions regarding this process or you do not wish to participate in Paragon Way, Inc.'s check conversion program, please call (866) 638-1876.

GLB-06-06

### Automated Phone and Internet Payment Options

For your convenience, you can make a credit card or electronic check payment by automated phone system or on the Internet!

Pay by phone at **(866) 294-0331** or online at **www.paymybill.com**. Enter 0715599 as your UserID. Enter your Reference # from the reverse side of this coupon as your Password.

Credit card transactions will show up as "ITS-PayMyBill" on your credit card statement.
Electronic check transactions will show up as "Paragon Way, Inc." on your bank statement.

   

PO Box 160758
Austin TX 78716-0758

MESAFENT MEKONNEN   0497261
55 GLEN EYRIE AVE
SAN JOSE CA 95125-3178

PRESORTED
FIRST CLASS

JUL 06 '07

U.S. POSTAGE
00.341
H METERS48802

# REFUSE TO PAY LETTER

PARAGON WAY, INC
<ins>Collection Agency's Name</ins>

2101 W. BEN WHITE BLVD #103
<ins>Collection Agency's Address</ins>

AUSTIN, TX 78704

CERTIFIED MAIL
RETURN RECEIPT REQUESTED

07-16-07
<ins>Today's Date</ins>

7005 3110 0000 4788 0123
<ins>Tracking Number</ins>

Re: Account No. 4888650102054406

Dear Sir or Madam:

I have enclosed a copy of the last collection letter that you sent to me.

In this regard, please be advised that I dispute this debt and refuse to pay.

PLEASE MARK YOUR FILES ACCORDINGLY.

Trusting in your good offices, I remain . . .

Very Truly Yours,

MESAFINT MEKONNEN
<ins>Sign your name here</ins>

MESAFINT MEKONNEN
<ins>Print your name here</ins>

55 GLEN EYRIE AVE #29
<ins>Print your address here</ins>

SAN JOSE, CA 95125

**U.S. Postal Service**
**CERTIFIED MAIL RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com

**OFFICIAL USE**

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | $2.15 |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ 5.20 |

Sent To: PARAGON WAY, INC
Street, Apt. No.; or PO Box No.: 2101 W. BEN WHITE BLVD 103
City, State, ZIP+4: AUSTIN, TX 78704

PS Form 3800, June 2002


EXHIBIT 2

**Paragon Way, Inc.**
2101 W. Ben White Blvd. #103, Austin, TX 78704
Hours of Operation (CST): Mon.-Th. 7:00 a.m. - 9:00 p.m.,
Fri. 7:00 a.m. - 6:00 p.m., Sat. 8:00 a.m. - 12:00 p.m.
Toll-Free (888) 570-5007, Local (512) 347-1496

PO Box 160758
Austin TX 78716-0758

DATE: July 1, 2007
ORIGINAL CREDITOR: Bank of America

ORIGINAL ACCOUNT #: 4888605000205406
BALANCE: $3,777.38
PRINCIPAL: $3,777.38

MESAFENT MEKONNEN   6497261
55 GLEN EYRIE AVE
SAN JOSE CA 95125-3178

CURRENT CREDITOR: Collins Financial Services, Inc.
DESCRIPTION: CARD
REFERENCE #: 6497261

## Collection Notice

Dear Mesafent Mekonnen,

Please be advised that the above-referenced current creditor has purchased your account and placed it with Paragon Way, Inc. for collection. The above-stated balance will change after the date of this letter due to interest that will continue to accrue as allowed by state law; however, we are able to offer two easy payment plans to settle your account:

1) One-time payment representing 80% of the current balance. At this time, the total payment amount would be $3,021.90.
2) Three consecutive monthly payments representing 100% of the current balance. At this time, the monthly payment amount would be $1,259.12 for a total payment amount of $3,777.36.

Please select the option that works best for you and indicate it on the coupon below. Mail the coupon along with your payment in the enclosed reply envelope, and retain the top portion of this letter for your records. You may also call us toll-free at (888) 570-5007 and an account representative will discuss your payment options with you. For your convenience, we accept credit/debit cards, electronic checks, bank wires, Western Union, MoneyGram, cashier's checks, money orders, and personal checks.

This company is a debt collector attempting to collect a debt. Any information obtained will be used for that purpose.

Sincerely,
Mike Melrose

Unless you notify this office, within 30 days after receiving this letter, that you dispute the validity of the debt, or any portion thereof, this office will assume the debt is valid. If you notify this office in writing, within 30 days after receiving this letter, that the debt, or any portion thereof, is disputed, this office will obtain verification of the debt or obtain a copy of a judgment against you, if any. A copy of such verification or judgment will be mailed to you. Upon your written request within the thirty-day period after you receive this letter, we will provide you with the name and address of the original creditor, if different from the current creditor.

↓ Please Detach this Portion and Return it in the Enclosed Reply Envelope Along With Your Payment ↓

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov.
Nonprofit credit counseling services may be available in the area.

BALANCE: $3,777.38
REFERENCE #: 6497261

Please include Reference # on your payment.

MESAFENT MEKONNEN   6497261
55 GLEN EYRIE AVE
SAN JOSE CA 95125-3178

Paragon Way Inc.
PO Box 42829
Austin TX 78704-0048

**Please mark the payment option you have selected**

____ My account will be satisfied with a one-time payment representing 80% of the current balance. At this time, the total payment amount would be $3,021.90.

____ My account will be satisfied with three consecutive monthly payments representing 100% of the current balance. At this time, the monthly payment amount would be $1,259.12 for a total payment amount of $3,777.36.

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

CTI-99

USPS - Track & Confirm

Page 1 of 1


UNITED STATES POSTAL SERVICE

Home | Help | Sign In

Track & Confirm    FAQs

## Track & Confirm

**Search Results**

Label/Receipt Number: 7005 3110 0000 4788 0123
Detailed Results:
- Delivered, July 23, 2007, 11:16 am, AUSTIN, TX 78704
- Arrival at Unit, July 23, 2007, 9:19 am, AUSTIN, TX 78704
- Acceptance, July 17, 2007, 3:57 pm, SAN JOSE, CA 95113

< Back    Return to USPS.com Home >

**Track & Confirm**
Enter Label/Receipt Number.

Go >

POSTAL INSPECTORS    site map   contact us   government services   jobs   National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

PARAGON WAY, INC
2101 W. BEN WHITE BLVD #103
AUSTIN, TX 78704

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   M. Flores    ☒ Agent  ☐ Addressee
B. Received by (Printed Name)  C. Date of Delivery
   M. Flores    7-23-07
D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.
4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number
   (Transfer from service label)    7005 3110 0000 4788 0123

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

EXHIBIT 3

P.O. Box 160758
Austin, TX 78716-0758

   

🖰 **Pay online at www.paymybill.com**
📞 **Pay by phone at (866) 294-0331**
Enter 0715599 as your UserID and 6497261 as your password

| DATE | REFERENCE # | TOTAL DUE | $ AMOUNT OF PAYMENT |
|---|---|---|---|
| 8/8/2007 | 6497261 | $ 3,777.38 | |

8/8/2007

*Please indicate Reference # on your payment*

0000001685

MESAFENT MEKONNEN   6497261
55 GLEN EYRIE AVE
SAN JOSE, CA  95125-3178

 Paragon Way Inc.
P.O. Box 42829
Austin, TX 78704-0044

EXHIBIT
4

☐ Please check box if above address is incorrect
and indicate change(s) on reverse side.

◄ DETACH UPPER PORTION AND RETURN WITH PAYMENT ►

| Reference # | Balance | Principal | | | Original Account # |
|---|---|---|---|---|---|
| 6497261 | $ 3,777.38 | $ 3,777.38 | | | 4888605000205406 |

| Description | Original Creditor | Current Creditor |
|---|---|---|
| CARD | Bank of America | Collins Financial Services, Inc. |

## It's All Up To You

Dear Mesafent Mekonnen,

We have not heard from you since we sent you a letter 35 days ago regarding the $ 3,777.38 you owe on the above-referenced account. We are continuing to collect this debt, and do not intend to stop until this account is satisfied.

Why not pay your outstanding balance and take care of this account once and for all? You would save yourself the inconvenience of further collection calls and letters. Simply mail in your payment using the payment coupon above and the enclosed envelope. Or you can call us toll-free at (888) 570-5007 and an account representative will take your payment over the phone. If you prefer, you can also make a payment online or via automated phone system (see the payment coupon above for instructions).

Federal law requires us to inform you that we may report information about your account to credit bureaus. Late payments, missed payments, or other defaults on your account may be reflected in your credit report. This information may already appear on your credit report. If it has already been reported, then this may not have an adverse impact on your credit score.

This is a communication from a debt collector. This is an attempt to collect a consumer debt. Any information obtained will be used for that purpose.

Sincerely,

Mike Melrose

The state Rosenthal Fair Debt Collection Practices Act and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-FTC-HELP or www.ftc.gov. Nonprofit credit counseling services may be available in the area.

Paragon Way, Inc. 2101 W. Ben White Blvd. #103, Austin, TX 78704    Toll-Free (888) 570-5007 Local (512) 347-1496
Hours of Operation (CST): Mon.-Th. 7:00AM-9:00PM, Fri. 7:00AM-6:00PM, Sat. 8:00AM-12:00PM
NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

CTI-92

FOR CHANGE OF ADDRESS, MISSPELLINGS OR OTHER ERRORS, PLEASE PRINT CORRECTIONS.

| Name | | | | Phone # ( ) |
|---|---|---|---|---|
| Address | | City | State | Zip Code |

## IMPORTANT INFORMATION FROM Paragon Way, Inc.

We recognize our obligation to keep information about you secure and confidential. It's important for you to know that, unlike some other companies, we do not sell or share Customer Information with marketers outside Paragon Way, Inc. and its affiliated companies*. So, there is no need for you to tell us not to do so. You need to know that we carefully manage information to give you better service and more convenience.

This policy covers Customer Information, which means personally identifiable information about a customer or a customer's current or former account owned by Paragon Way, Inc. This policy is provided to you as required by the Federal Financial Privacy Law (15 U.S.C. 6801-6810.)

Paragon Way, Inc. and its affiliate companies do not sell or otherwise share any Customer Information with outside marketers or others. *You don't need to take any action to prevent disclosure.* Keeping your financial information secure is one of our most important responsibilities. We value your trust and handle information about you with care. We limit access to Customer Information to those associates who need to know that information to service your account. Our associates are bound by a code of ethics requiring confidential treatment of Customer Information and are subject to disciplinary action if they fail to follow this code.

We maintain physical, electronic and procedural safeguards to protect Customer Information. We continually assess new technology for protecting information and upgrade our systems when appropriate.

We share information among the affiliates of Paragon Way, Inc. in order to bring you greater convenience and more choices. We strictly limit who receives Customer Information and what type of information is shared. We may also disclose Customer Information to credit bureaus and similar organizations, and otherwise when permitted by law.

Keeping your account information accurate and up to date is very important. If you ever find that your account information is incomplete, inaccurate or not current please let us know and we will promptly update or correct any erroneous information.

Write to: Paragon Way, Inc.
2101 West Ben White Blvd. Ste. 103
Austin, TX 78704

Phone: (512) 347-1496

Paragon Way, Inc. will provide notice of our privacy policy annually, as long as you maintain an ongoing relationship with us. This policy may change from time to time, but you can always review our current privacy policy on the Paragon Way, Inc. web site at www.paragonwayinc.com, or by calling the number above.

*The affiliated companies of Paragon Way, Inc. are: Collins Financial Services USA, Inc. and Collins Financial Services, Inc.

Paying by check authorizes Paragon Way, Inc. to send the information from your check electronically to your bank for payment and constitutes acceptance of these terms and conditions contained within this paragraph. Your account will be debited in the amount of your check and the transaction will appear on your bank statement. Your original check if processed electronically may be debited the same day we receive the check. Any re-submissions due to insufficient funds may also occur electronically. Your original check will be destroyed once processed, and you will not receive your cancelled check back from your bank. If we cannot post the transaction electronically, you authorize us to present an image copy of your check for payment. If someone other than you or a bill paying service sends a check to us on your behalf, you must give them a copy of this notice to them before the payment is sent to us. Please note that all checking transactions will remain secure. If you have further questions regarding this process or you do not wish to participate in Paragon Way, Inc.'s check conversion program, please call 866-638-1876.

10121



P.O. Box 160758
Austin, TX 78716-0758



000001685
MESAFENT MEKONNEN  6497261
55 GLEN EYRIE AVE
SAN JOSE, CA 95125-3178



PRESORTED
FIRST-CLASS MAIL
U.S. POSTAGE PAID
LETTERLOGIC, INC.
PERMIT NO. 4563