1  TOMIO B. NARITA (SBN 156576)
   JEFFREY A. TOPOR (SBN 195545)
2  SIMMONDS & NARITA LLP
   44 Montgomery Street, Suite 3010
3  San Francisco, CA 94104-4816
   Telephone: (415) 283-1000
4  Facsimile:   (415) 352-2625
   tnarita@snllp.com
5  jtopor@snllp.com

6  Attorneys for Defendant
   Paragon Way, Inc.

7

8
                    UNITED STATES DISTRICT COURT
9
                  NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN JOSE DIVISION
11

12  MESAFNT MEKONNEN,              )  CASE NO.: C08 03662 RMW RS
                                   )
13          Plaintiff,             )
                                   )  **NOTICE OF APPEARANCE OF**
14     vs.                         )  **COUNSEL**
                                   )
15                                 )
                                   )
16  PARAGON WAY, INC., a Texas     )
    corporation,                   )
17                                 )
            Defendant.             )
18  _____    )

19

20

21

22

23

24

25

26

27

28

TO PLAINTIFF AND HIS ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Tomio B. Narita, Esq. of the law firm Simmonds & Narita LLP hereby notes his appearance as counsel for defendant Paragon Way, Inc.

DATED: August 12, 2008                SIMMONDS & NARITA LLP
                                      TOMIO B. NARITA
                                      JEFFREY A. TOPOR


                         By:   s/Tomio B. Narita
                               Tomio B. Narita
                               Attorneys for Defendant
                               Paragon Way, Inc.