1  Fred W. Schwinn (SBN 225575)
   CONSUMER LAW CENTER, INC.
2  12 South First Street, Suite 1014
   San Jose, California  95113-2418
3  Telephone Number: (408) 294-6100
   Facsimile Number: (408) 294-6190
4  Email Address: fred.schwinn@sjconsumerlaw.com

5  Attorney for Plaintiff
6  MESAFNT MEKONNEN

7

8
                   UNITED STATES DISTRICT COURT
9                FOR THE NORTHERN DISTRICT OF CALIFORNIA
                          SAN JOSE DIVISION
10

11 MESAFNT MEKONNEN,                    Case No. C08-03662-RMW-RS

12                   Plaintiff,         **NOTICE OF VOLUNTARY
                                        DISMISSAL WITH PREJUDICE**
13       v.
                                        Fed. R. Civ. P. 41(a)(1)
14 PARAGON WAY, INC., a Texas corporation,

15                   Defendant.

16      COMES NOW the Plaintiff, MESAFNT MEKONNEN, by and through his attorney Fred W.

17 Schwinn of the Consumer Law Center, Inc., and pursuant to Fed. R. Civ. P. 41(a)(1), respectfully

18 notifies this Court that Plaintiff, MESAFNT MEKONNEN, hereby dismisses, with prejudice, all claims

19 made by him against Defendant, PARAGON WAY, INC., in his Complaint filed herein on July 30,
20
   2008.  Plaintiff further notifies the Court that his dispute with Defendant has been settled.
21

22

23 Dated:  August 20, 2008            /s/ Fred W. Schwinn
                                      Fred W. Schwinn, Esq.
24                                    Attorney for Plaintiff
                                      MESAFNT MEKONNEN
25

26

27

28